IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BRIANNA HUTCHINSON,<br><br>        Plaintiff,<br><br>vs.<br><br>GET AIR BILLINGS, LLC;<br>TRAMPOLINE PARKS, LLC,<br><br>        Defendants;<br>_____<br><br>TRAMPOLINE PARKS, LLC,<br><br>        Cross Claimant,<br><br>vs.<br><br>GET AIR BILLINGS, LLC,<br><br>        Cross Defendant. | CV 16-162-BLG-TJC<br><br>**ORDER FOR DISMISSAL<br>WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (Doc. 33), and good cause shown,

IT IS ORDERED that the above entitled case is dismissed with prejudice as fully settled upon its merits, each party bearing its own costs and attorneys' fees.

DATED this 24th day of August 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge